THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Gregory Paul Aguirre

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:10-CR-00445-MCE |
| Plaintiff, | ) STIPULATION AND ORDER TO <br> ) CONTINUE STATUS CONFERENCE |
| vs. | ) Date: December 8, 2011 |
| GREGORY PAUL AGUIRRE, | ) Time: 9:00 a.m. <br> ) Judge: Hon. Morrison C. England, Jr. |
| Defendant | ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Status Conference scheduled for October 27, 2011 at 9:00 a.m. is continued to December

8, 2011 at 9:00 a.m. in the same courtroom. Michelle Prince, Assistant United States

Attorney and Thomas A. Johnson, Defendant's attorney, are requesting such continuance

in order to continue review of discovery and preparation of counsel. Mr. Johnson and the

Assistant United States Attorney are currently trying to resolve the case.

It is further stipulated that the period from the date of this stipulation through and

including December 8, 2011, be excluded in computing the time within which trial must

commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and

(h)(7)(B)(iv), and Local T4 (reasonable time for preparation of counsel). The ends of

justice served by the continuance outweigh the best interest in the public and the

Defendants in a speedy trial.

*///*

*///*

*///*

1   **IT IS SO STIPULATED.**

2

3   DATED: October 25, 2011            By:/s/ Thomas A. Johnson_____
                                        THOMAS A. JOHNSON

4                                              Attorney for Defendant
                                             GREGORY PAUL AGUIRRE

5   DATED: October 25, 2011            BENJAMIN WAGNER
                                             United States Attorney

6

7                                   By:  /s/ Michelle Prince_____
                                             MICHELLE PRINCE

8                                              Assistant U.S. Attorney

9

10

11       **IT IS SO ORDERED.**

12

13

14   Dated: October 27, 2011

15                                    _____

16                                  MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28