**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
　**1477 Drew Avenue, Suite 106**
　**Davis, California 95618**
　**Telephone:  530.759.0700**
　**Facsimile:   530.759.0800**

Attorney for Defendant-Appellant
GREGORY PAUL AGUIRRE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GREGORY PAUL AGUIRRE,<br><br>　　　　Defendant. | **D.C. Case No.: 2:10-CR-445 MCE**<br>**C.A. NO.:** 13-10108<br>**APPLICATION AND ORDER FOR APPOINTMENT OF COUNSEL** |

　　　Pursuant to Order issued by the Ninth Circuit Court of Appeals on August 26, 2013, remanding the above-captioned case for re-sentencing, Defendant-Appellant GREGORY PAUL AGUIRRE, by and through his court-appointed appellate counsel, Joseph J. Wiseman, hereby moves this Court for an Order appointing Mr. Wiseman as counsel of record for all further proceedings in the District Court.

/ / / / /

/ / / / /

/ / / / /

Undersigned counsel has received approval from the Office of the Federal Defender for this appointment.

Dated: August 9, 2013          Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By: ____/s/ Joseph J. Wiseman_____
JOSEPH J. WISEMAN

Attorney for Defendant-Appellant
GREGORY PAUL AGUIRRE

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Joseph J. Wiseman be appointed as counsel of record for Defendant-Appellant GREGORY PAUL AGUIRRE for all proceedings in the District Court, pursuant to the remand order issued by the Ninth Circuit Court of Appeals in the above-captioned case.

**IT IS SO ORDERED**.

Dated: August 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT